# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br><br>      Respondent. | No. 76938 **FILED**<br><br>OCT 15 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| KEVIN FERNANDEZ,<br><br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br><br>      Respondent. | No. 76939 |
| KEVIN FERNANDEZ,<br><br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br><br>      Respondent. | No. 76940 |
| KEVIN FERNANDEZ,<br><br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br><br>      Respondent. | No. 76941 |
| KEVIN FERNANDEZ,<br><br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br><br>      Respondent. | No. 76942 |
| KEVIN FERNANDEZ,<br><br>      Appellant,<br>vs.<br>THE STATE OF NEVADA,<br><br>      Respondent. | No. 76943 |

## ORDER DISMISSING APPEALS

These are appeals from district court orders denying objections to transfer of cases and denying requests for out of time appeals. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

18-40260

This court's review of these appeals reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from district court orders denying an objection to transfer of cases and denying a request for out of time appeal.[1] *Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we

ORDER these appeals DISMISSED.

_____ Pickering _____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Robert W. Lane, District Judge
Kevin Fernandez
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

---

[1]An untimely appeal is allowed from a judgment of conviction only when the procedure under NRAP 4(c) has been followed and the district court enters a written order finding that the petitioner has a valid appeal-deprivation claim and concluding that the petitioner is entitled to a direct appeal.